UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA WINSLOW,

   Plaintiff,

-vs-                                       CASE NO.: 6:15-CV-01947-ORL-37-TBS

NORTH AMERICAN
CREDIT SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, CHRISTINA WINSLOW, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CHRISTINA WINSLOW, and Defendant, NORTH AMERICAN CREDIT SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Ernest "Skip" H. Kohlmyer, III 200 South Orange Avenue, Suite 2000 Orlando FL 32801.

                                                          */s/Frank H. Kerney, III, Esquire*
                                                          Frank H. Kerney, III, Esquire
                                                          Florida Bar #: 88672
                                                          Morgan & Morgan, Tampa, P.A.
                                                          One Tampa City Center
                                                          201 North Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                          Facsimile: (813) 223-5402
                                                          fkerney@forthepeople.com
                                                          jkneeland@forthepeople.com
                                                          cfallara@forthepeople.com
                                                          Counsel for Plaintiff